AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Cale Clayton

*Defendant*

)
)
)
)
)
)
)

Case: 1:22-mj-00074
Assigned To: Magistrate Judge Zia M. Faruqui
Assign. Date : 3/25/2022
Description: Complaint with Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Cale Clayton,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3)- Civil Disorder;
18 U.S.C. § 641- Theft of Government Property;
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in the Grounds or a Capitol Building.

Date:     03/28/2022

Zia M. Faruqui
2022.03.28 19:47:56
-04'00'
*Issuing officer's signature*

City and state:     Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/28/2022, and the person was arrested on *(date)* 03/31/2022
at *(city and state)* Drexel, Missouri.

Date: 03/31/2022

*Arresting officer's signature*

Joshua Waller  SA
*Printed name and title*